IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:16CR3070 |
| v. | ) | |
| EMILIO JOSE LLANES JR., | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that Defendant's motion for copies (filing no. 61) is granted. The Clerk of Court shall mail a copy of the docket sheet for the above-captioned case to Defendant at no cost.

DATED this 26th day of July, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge